**Damon R. CAPPS, Appellant**

v.

**COMMISSION FOR LAWYER DISCIPLINE, Appellee.**

No. 01–05–01090–CV.

Court of Appeals of Texas, Houston (1st Dist.).

May 4, 2006.

Panel consists of Chief Justice RADACK and Justices NUCHIA and HIGLEY.

**MEMORANDUM OPINION**

PER CURIAM.

Appellant Damon R. Capps has neither established indigence, nor paid all the required fees. *See* TEX.R.APP. P. 5 (requiring payment of fees in civil cases unless indigent), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (Vernon Supp.2005) (listing fees in court of appeals); FEES CIV. CASES B(1), (3) (listing fees in court of appeals). After being notified that this appeal was subject to dis-

missal, appellant Damon R. Capps did not adequately respond. *See* TEX.R.APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

The appeal is dismissed for nonpayment of all required fees. All pending motions are denied.